3 So.2d 432

W. S., alias Jack BREWER v. STATE.

6 Div. 559.

Court of Appeals of Alabama.

March 4, 1941.

Rehearing Denied March 25, 1941.

Reversed after Remandment June 10, 1941.

Rehearing Denied June 24, 1941.

Monroe Ward, Edw. deGraffenried, and H. H. Mize, all of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Reversed and remanded on authority of Ingram v. State, ante, p. 218, 3 So.2d 426.

After Remandment.

PER CURIAM.

As has been stated, this is a companion case to that of Ingram v. State, ante, p. 218, 3 So.2d 426, and is to be determined and decided upon authority of the opinion and judgment rendered by this court in the Ingram case, supra. Therefore, upon authority of the Ingram case, supra, it is ordered that the judgment of conviction, from which this appeal was taken is reversed, and a judgment here rendered discharging appellant from further custody in this proceeding.

Reversed and rendered.

3 So.2d 530

Clyde WOODARD v. STATE.

8 Div. 39.

Court of Appeals of Alabama.

June 17, 1941.

Rehearing denied June 24, 1941.

Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

The identical questions controlling this appeal were decided adversely to the State in the case of Clyde Woodard v. State, ante, p. 144, 2 So.2d 330. On authority of that case the judgment of conviction here is reversed and the cause remanded.

Reversed and remanded.

4 So.2d 179

Ollie COUNTS v. STATE.

8 Div. 143.

Court of Appeals of Alabama.

June 10, 1941.

Rehearing Denied June 24, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

4 So.2d 178

Ollie COUNTS v. STATE.

8 Div. 142.

Court of Appeals of Alabama.

June 10, 1941.

Rehearing Denied June 24, 1941.

**224**

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 190

**EASON v. STATE.**

**5 Div. 121.**

Court of Appeals of Alabama.
May 20, 1931.

Rehearing Denied June 24, 1941.